Page: 1 of 4                    Central Violations Bureau                    01/12/2023
Magistrate Judge Case Pending Report
Site: MISS Magistrate Judge: HON KATHLEEN L DESOTO - 77BL

According to the records maintained by the Central Violations Bureau, this list contains all the violations presently referred by CVB and pending before you that are six months old and older. If your records indicate that this list is not accurate, please notify CVB in writing immediately. Should you decide to dismiss or update any dispositions please annotate the proper disposition code in the new disp code column.

Updates to violation notices that have been transmitted to CMECF must be accomplished through CM/ECF and not on this report. Only violation notices that appeared on a paper court docket, prior to the implementation of the CMECF-CVB Module may be updated with the Magistrate Pending report.

| Citation | Issue Date | Name / Offense | Disposition | Hearing Date | Hearing Type | Original Fine | Total Paid | Total Due |
|---|---|---|---|---|---|---|---|---|
| F5372017 M2 9:20-PO-05066-KLD | 09/12/2020 | ANDERSON, BRANDON C<br>TRAFFIC OFFENSES, OTHER | Current: NW<br>New: -   Comments: | 12/03/2020 | O | 230.00 | 0.00 | 230.00 |
| F4864431 M10 9:21-PO-05012-KLD | 10/23/2020 | ANDERSON, SHAWN L<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: -   Comments: | 03/04/2021 | O | 105.00 | 0.00 | 105.00 |
| FBDW00DX M10 9:20-PO-05038-KLD | 05/31/2020 | BRESSON, REYCE A<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: -   Comments: | 09/03/2020 | O | 130.00 | 0.00 | 130.00 |
| FBDW00EV M10 9:21-PO-05002-KLD | 11/07/2020 | BROOKER, BRENDA L<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: -   Comments: | 03/04/2021 | O | 105.00 | 0.00 | 105.00 |
| FBDW00EB M10 9:20-PO-05041-KLD | 07/18/2020 | CONSTANT, TRENTON M<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: -   Comments: | 09/03/2020 | O | 130.00 | 0.00 | 130.00 |
| 6457035 M26 9:19-PO-05047-KLD | 08/04/2019 | ESLINGER, ADRIAN J<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: -   Comments: | 12/05/2019 | O | 130.00 | 0.00 | 130.00 |
| FBDW00DF M10 9:20-PO-05023-KLD | 03/28/2020 | FORTE, CHRISTOPHER N<br>TRAFFIC OFFENSES, OTHER | Current: NW<br>New: -   Comments: | 06/04/2020 | O | 95.00 | 0.00 | 95.00 |
| FBDW00DG M10 9:20-PO-05023-KLD | 03/28/2020 | FORTE, CHRISTOPHER N<br>TRAFFIC OFFENSES, OTHER | Current: NW<br>New: -   Comments: | 06/04/2020 | O | 95.00 | 0.00 | 95.00 |
| F5164931 M10 9:20-PO-05043-KLD | 06/30/2020 | GALARNEAU, MEMORIE D<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: -   Comments: | 09/03/2020 | O | 230.00 | 0.00 | 230.00 |
| F5364588 M2 9:20-PO-05071-KLD | 07/11/2020 | GARDINER, MASON W<br>TRAFFIC OFFENSES, OTHER | Current: NW<br>New: -   Comments: | 12/03/2020 | O | 55.00 | 0.00 | 55.00 |

1/2023  Jen Clark verbally gave permission to dismiss these old CVB cases to align with the Court's process of cleaning up CVB cases that are older than 2 years.

Page: 2 of 4

Central Violations Bureau
Magistrate Judge Case Pending Report
Site: MISS Magistrate Judge: HON KATHLEEN L DESOTO - 77BL

01/12/2023

According to the records maintained by the Central Violations Bureau, this list contains all the violations presently referred by CVB and pending before you that are six months old and older. If your records indicate that this list is not accurate, please notify CVB in writing immediately. Should you decide to dismiss or update any dispositions please annotate the proper disposition code in the new disp code column.

Updates to violation notices that have been transmitted to CMECF must be accomplished through CM/ECF and not on this report. Only violation notices that appeared on a paper court docket, prior to the implementation of the CMECF-CVB Module may be updated with the Magistrate Pending report.

| Citation | Issue Date | Name / Offense | Disposition | Hearing Date / Comments | Hearing Type | Original Fine | Total Paid | Total Due |
|---|---|---|---|---|---|---|---|---|
| FBDW00EK M10 9:20-PO-05076-KLD | 09/05/2020 | GRATTON, ALEXANDER J / MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW / New: - | 12/03/2020 / Comments: | O | 105.00 | 0.00 | 105.00 |
| FBDW00EL M10 9:20-PO-05080-KLD | 09/06/2020 | HEIN, NATHAN E / MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW / New: - | 12/03/2020 / Comments: | O | 105.00 | 0.00 | 105.00 |
| FBGA001U M10 9:20-PO-05047-KLD | 07/12/2020 | KRAMER, GREGORY C / POSSESSING OR LEAVING REFUSE, DEBRIS, OR LITTER IN AN E | Current: PE / New: - | 09/03/2020 / Comments: | O | 180.00 | 75.00 | 25.00 |
| 9610057 M26 9:20-PO-05064-KLD | 07/03/2020 | LAMPOLTSHAMER, TYLER S / Leave a Fire without Extinguishing It [camping] | Current: NY / New: - | 09/03/2020 / Comments: | O | 130.00 | 0.00 | 130.00 |
| FBDW00DM M10 9:20-PO-05051-KLD | 05/15/2020 | MIHALIC, JOHN T / MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW / New: - | 09/03/2020 / Comments: | O | 130.00 | 0.00 | 130.00 |
| F4864451 M10 9:20-PO-05053-KLD | 04/26/2020 | NEAL, MARK E / TRAFFIC OFFENSES, OTHER | Current: NW / New: - | 09/03/2020 / Comments: | O | 230.00 | 0.00 | 230.00 |
| FBDW00ER M10 9:21-PO-05008-KLD | 11/06/2020 | PLANT, DARRYL J / MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW / New: - | 03/04/2021 / Comments: | O | 180.00 | 0.00 | 180.00 |
| FBDW00ES M10 9:21-PO-05008-KLD | 11/06/2020 | PLANT, DARRYL J / TRAFFIC OFFENSES, OTHER | Current: NW / New: - | 03/04/2021 / Comments: | O | 95.00 | 0.00 | 95.00 |
| FBDW00ET M10 9:21-PO-05008-KLD | 11/06/2020 | PLANT, DARRYL J / TRAFFIC OFFENSES, OTHER | Current: NW / New: - | 03/04/2021 / Comments: | O | 95.00 | 0.00 | 95.00 |
| F5171787 M2 9:20-PO-05085-KLD | 09/03/2020 | POPE, LAUREN E / TRAFFIC OFFENSES, OTHER | Current: NW / New: - | 12/03/2020 / Comments: | O | 230.00 | 0.00 | 230.00 |

Page: 3 of 4                                    **Central Violations Bureau**                                    01/12/2023
**Magistrate Judge Case Pending Report**
**Site: MISS Magistrate Judge: HON KATHLEEN L DESOTO - 77BL**

According to the records maintained by the Central Violations Bureau, this list contains all the violations presently referred by CVB and pending before you that are six months old and older. If your records indicate that this list is not accurate, please notify CVB in writing immediately. Should you decide to dismiss or update any dispositions please annotate the proper disposition code in the new disp code column.

Updates to violation notices that have been transmitted to CMECF must be accomplished through CM/ECF and not on this report. Only violation notices that appeared on a paper court docket, prior to the implementation of the CMECF-CVB Module may be updated with the Magistrate Pending report.

| Citation | Issue Date | Name / Offense | Disposition | Hearing Date | Hearing Type | Original Fine | Total Paid | Total Due |
|---|---|---|---|---|---|---|---|---|
| F4864893 M10 | 08/31/2019 | RICHARDSON, JOHNNY L | Current: NW | 12/05/2019 | O | 230.00 | 0.00 | 230.00 |
| 9:19-PO-05042-KLD | | TRAFFIC OFFENSES, OTHER | New: - | Comments: | | | | |
| 9408282 NBRM | 06/22/2020 | SCHLOSSER, DANIEL R | Current: NW | 09/03/2020 | O | 280.00 | 0.00 | 280.00 |
| 9:20-PO-05056-KLD | | MISCELLANEOUS GENERAL OFFENSES, OTHER | New: - | Comments: | | | | |
| 6457038 M10 | 09/26/2019 | SIEFKE, RONALD | Current: NW | 03/05/2020 | O | 180.00 | 0.00 | 180.00 |
| 9:20-PO-05015-KLD | | MISCELLANEOUS GENERAL OFFENSES, OTHER | New: - | Comments: | | | | |
| FBDW00EU M10 | 11/07/2020 | SIEFKE, RONALD E | Current: NW | 03/04/2021 | O | 105.00 | 0.00 | 105.00 |
| 9:21-PO-05010-KLD | | MISCELLANEOUS GENERAL OFFENSES, OTHER | New: - | Comments: | | | | |
| 6457033 M26 | 08/04/2019 | STEELE, ROBERT C | Current: NW | 12/05/2019 | O | 130.00 | 0.00 | 130.00 |
| 9:19-PO-05046-KLD | | MISCELLANEOUS GENERAL OFFENSES, OTHER | New: - | Comments: | | | | |
| FBDW00DY M10 | 06/02/2020 | STEINBOCK, SHEILA M | Current: NW | 09/03/2020 | O | 105.00 | 0.00 | 105.00 |
| 9:20-PO-05058-KLD | | MISCELLANEOUS GENERAL OFFENSES, OTHER | New: - | Comments: | | | | |
| FBDW00DA M2 | 03/06/2020 | VANDECAR, KEVIN M | Current: NW | 06/04/2020 | O | 230.00 | 0.00 | 230.00 |
| 9:20-PO-05032-KLD | | MISCELLANEOUS GENERAL OFFENSES, OTHER | New: - | Comments: | | | | |
| FBDW00DB M2 | 03/06/2020 | VANDECAR, KEVIN M | Current: NW | 06/04/2020 | O | 130.00 | 0.00 | 130.00 |
| 9:20-PO-05032-KLD | | MISCELLANEOUS GENERAL OFFENSES, OTHER | New: - | Comments: | | | | |
| 9408281 NBRM | 06/28/2020 | VOHS, TRAVIS N | Current: NW | 09/03/2020 | O | 105.00 | 0.00 | 105.00 |
| 9:20-PO-05062-KLD | | MISCELLANEOUS GENERAL OFFENSES, OTHER | New: - | Comments: | | | | |

29 Total Citations for site MISS

**Central Violations Bureau**
**Magistrate Judge Case Pending Report**
Site: MISS Magistrate Judge: HON. JEREMIAH C. LYNCH - 77BG

01/12/2023

According to the records maintained by the Central Violations Bureau, this list contains all the violations presently referred by CVB and pending before you that are six months old and older. If your records indicate that this list is not accurate, please notify CVB in writing immediately. Should you decide to dismiss or update any dispositions please annotate the proper disposition code in the new disp code column.

Updates to violation notices that have been transmitted to CMECF must be accomplished through CM/ECF and not on this report. Only violation notices that appeared on a paper court docket, prior to the implementation of the CMECF-CVB Module may be updated with the Magistrate Pending report.

| Citation | Issue Date | Name / Offense | Disposition | Hearing Date | Hearing Type | Original Fine | Total Paid | Total Due |
|---|---|---|---|---|---|---|---|---|
| FBDW00AV M10<br>9:18-PO-05028-JCL | 06/16/2018 | CHINIKAYLO, MAKSIM I<br>TRAFFIC OFFENSES, OTHER | Current: NW<br>New: - | 09/06/2018<br>Comments: | O | 230.00 | 0.00 | 230.00 |
| F4864400 M10<br>9:17-PO-05098-JCL | 08/21/2017 | COLLIGAN, CHRISTOPHER A<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 12/07/2017<br>Comments: | O | 530.00 | 0.00 | 530.00 |
| FBDW009K M10<br>9:17-PO-05123-JCL | 08/24/2017 | JANACARO, ELIJAH D<br>Violation of The Lolo National Forest Travel Management | Current:<br>New: - | 12/07/2017<br>Comments: | O | 230.00 | 0.00 | 230.00 |
| FBDW00A7 M10<br>9:18-PO-05009-JCL | 01/19/2018 | MITCHELL, EUGENE D<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 04/05/2018<br>Comments: | O | 130.00 | 0.00 | 130.00 |
| FBGA001G M10<br>9:18-PO-05010-JCL | 12/30/2017 | MITCHELL, EUGENE D<br>TRAFFIC OFFENSES, OTHER | Current: NW<br>New: - | 04/05/2018<br>Comments: | O | 230.00 | 0.00 | 230.00 |
| F4300561 M10<br>9:18-PO-05027-JCL | 03/03/2018 | PARKER, TROY S<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: WZ<br>New: - | 06/07/2018<br>Comments: | O | 100.00 | 40.00 | 60.00 |
| 6457389 M26<br>9:17-PO-05120-JCL | 07/14/2017 | VANDERMEULEN, JOHN P<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 12/07/2017<br>Comments: | O | 130.00 | 0.00 | 130.00 |
| FAEC003I M9<br>9:17-PO-05089-JCL | 05/20/2017 | WAGNER, EDWARD J<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: PE<br>New: - | 03/26/2018<br>Comments: | O | 530.00 | 300.00 | 47.50 |

8 Total Citations for site MISS